UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GORDON CHAPPELLE, on behalf of himself and all others similarly situated,<br><br>                    Plaintiffs,<br><br>          v.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION; and DOES 1 through 100, inclusive,<br><br>                    Defendants. | CASE NO.: 2:24-cv-02667-PVC<br><br>[Assigned to the Hon. Pedro V. Castillo]<br><br>**[PROPOSED] ORDER CONTINUING THE HEARING DATE FOR FINAL APPROVAL** |

///
///
///
///
///
///
///
///

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**IT IS HEREBY ORDERED THAT** based on the parties' Stipulation to Continue Hearing Date for Motion for Final Approval and good cause appearing therefore, the Court continues the hearing date on final approval from August 28, 2025 to  November 4, 2025 at 10:00 a.m. in Courtroom 590 of the above-entitled Court and all papers in support of final approval, including supporting documents for attorney's fees and costs shall be filed on   October 3 , 2025.

IT IS SO ORDERED.

Dated:            July 11 , 2025

_____
Hon. Pedro V. Castillo

[PROPOSED] ORDER CONTINUING HEARING DATE FOR FINAL APPROVAL

Gordon Chappelle, et al. v. National Railroad Passenger Corp., et al.
United States District Court - Central District of California Court
Case No.: 2:24-cv-02667-JFW-MRW

I, Alejandra Beltran the undersigned, declare that I am employed in the County of Los Angeles, State of California.  I am over the age of 18 and not a party to the within entitled action; my business address is 8822 West Olympic Boulevard, Beverly Hills, California 90211.

On July 10, 2025, I served the following document(s) described as:

**[PROPOSED] ORDER CONTINUING THE HEARING DATE FOR FINAL APPROVAL**

Shahram Samie, Esq.
LITTLER MENDELSON, P.C.
2049 Century Park East, 5th Floor
Los Angeles, California 90067

The above document(s) were served on the interested parties in this action as follows:

*All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the above-reference case number.*

BY ELECTRONIC MAIL:  As follows:  I am readily familiar with our office's practice of electronic mail transmission; on this date the document enumerated above was transmitted by electronic mail transmission and that the transmission was reported as complete and delivered, and without error.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct and that this Proof of Service was executed on July 10, 2025, at Beverly Hills, California.

*/s/ Alejandra Beltran*
Alejandra Beltran

[PROPOSED] ORDER CONTINUING HEARING DATE FOR FINAL APPROVAL